**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Curtis MAKI, Defendant–Appellant.**

No. 06–30159.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 14, 2006.

Michael S. Lahr, Esq., USHE—Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Michael Donahue, FDMT—Federal Defenders of Montana Helena Branch Office, Helena, MT, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, McKEOWN and GOULD, Circuit Judges.

## MEMORANDUM **

James Curtis Maki appeals from the district court's order revoking his supervised release and imposing a 50–month term of imprisonment. Maki was originally convicted of conspiracy to manufacture and distribute methamphetamine, in violation of 21 U.S.C. § 846, manufacture of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), possession of a listed essential chemical with intent to manufacture methamphetamine, in violation of 21 U.S.C. § 841(d)(1), and maintaining a place for manufacture or distribution of methamphetamine, in violation of 21 U.S.C. § 856(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Maki has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Maki filed a pro se supplemental brief, and the government filed an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw, and **AFFIRM** the district court's judgment.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

